**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: |
| v. | )<br>) Judge |
| FIVE ACES TRUCKING, INC. an Illinois corporation | )<br>) Magistrate Judge<br>) |
| Defendant. | ) |

**COMPLAINT**

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, FIVE ACES TRUCKING, INC., an Illinois corporation, as follows:

**JURISDICTION AND VENUE**

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

    (b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA, the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) FIVE ACES TRUCKING, INC., an Illinois corporation, from April 1, 2016 through the present, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

(b) FIVE ACES TRUCKING, INC., maintains its principal place of business at Joliet, Illinois.

(c) FIVE ACES TRUCKING, INC., is an employer engaged in an industry affecting commerce.

4. On May 22, 2020 FIVE ACES TRUCKING, INC., entered into an Area Wide Material Hauling Agreement Memorandum of Agreement for the period from June 1, 2019 through May 31, 2020, which continued in effect following that date, and later, effective November 23, 2020, entered into an Area Construction Agreement with Teamsters 179, as confirmed with the Local, which required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). FIVE ACES TRUCKING, INC., was terminated from the Area Construction Agreement on November 29, 2022.

5. Pursuant to the collective bargaining agreements between FIVE ACES TRUCKING, INC., and the Union, FIVE ACES TRUCKING, INC., failed and continues to fail to make its obligated contributions to the Fund for the period May 1, 2020 through June 30, 2022 as disclosed in an audit conducted on June 1, 2022 (Exhibit B).

6. The audit disclosed $25,114.38 due the Welfare Fund and $28,817.83 due the Pension Fund for a total of $51,932.21.

7. Pursuant to the collective bargaining agreements between FIVE ACES TRUCKING, INC., and the Union, FIVE ACES TRUCKING, INC., failed and continues to fail to make its obligated contributions to the Fund for the period July 1, 2022 through November 29, 2022 as disclosed in an audit review conducted on May 6, 2025 (Exhibit C).

8. The audit disclosed $12,633.10 due the Welfare Fund and $13,564.06 due the Pension Fund for a total of $26,197.16.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against FIVE ACES TRUCKING, INC., an Illinois corporation in the amount of the audits, $78,129.37.

    B.    That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and as required by the relevant collective bargaining agreements and trust agreements creating the Welfare and Pension Funds.

    C.    That the Court grant such further relief as it deems just and proper.

    TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _/s/ John J. Toomey_
    One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois  60601
(312) 236-0415

# EXHIBIT A

Five aces Trucking
0061721160

# AREA CONSTRUCTION AGREEMENT

between

## CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

and

## TEAMSTERS LOCAL UNION NO. 179
Affiliated with the I.B. of T.



Effective June 1, 2017 through May 31, 2021

9

## SIGNATURE PAGE FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL UNION NO. 179:

BY: _____

TITLE: _Secretary Treasurer_

DATE: _11/23/2020_

FOR THE EMPLOYER:

COMPANY NAME: _Five Aces Trucking INC_

ADDRESS: _309 Illinois St_

_Joliet_     _IL_   _60432_
City                State   Zip

PHONE: _815-685-0921_   FAX: _____

EMAIL: _five aces trucking Inc_

PRINT NAME: _Awelda Avina_

SIGNATURE: _Awelda Avina_

TITLE: _President_

DATE: _11-23-2020_

32



# Teamsters Local Union No. 179

Affiliated with the International Brotherhood of Teamsters



1000 N.E. FRONTAGE RD.
JOLIET, ILLINOIS 60431
Phone (815) 741-2200
Fax (815) 741-2278
www.teamsters179.org

## AREA WIDE MATERIAL HAULING AGREEMENT
## MEMORANDUM OF AGREEMENT
## ONE YEAR CONTRACT EXTENSION
## EFFECTIVE JUNE 1, 2019 THROUGH MAY 31, 2020

The undersigned agree to this Memorandum of Agreement to extend the current collective bargain Agreement, which expired May 31, 2019, for one (1) year effective June 1, 2019 through and including May 31, 2020, with the following modifications:

Effective June 1, 2019, a total package increase of $1.40 to be allocated between wages, Health & Welfare and Pension as follows:

| | |
|---|---|
| Wages: | $32.71 ($.60 per hour) |
| Health & Welfare: | $379.00 per week ($.40 per hour) |
| Pension: | $316.20 per week ($.40 per hour) |

For the Company:

_Aheta Avlna_
Signed

_Five Aces Trucking PNC_
Name of Co.

_5-22-2020_
Date

For Teamsters Local 179:

_[signature]_
Signed

_5/26/20_
Date

**EXHIBIT B**

Employer Name: Five Aces Trucking, Inc.
Address: 309 Illinois St Joliet, IL 60436

Phone: 815-685-0921
Contact: Alicia Avina

Revision #1: 12/01/2022
Audit Date: 06/01/2022

ER# 5467
LOCAL: 179
Period Covered: May 1, 2020 to June 30, 2022

**Error Code Descriptions**
A) Minimal records provided assume full weeks work during season Apr-Nov
B) Minimal records provided assume full weeks work during season Apr-Nov Individual not reported to Trust Fund but was once a union member

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AVINA | JOSE | 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 | A | Jun-20 | | 0.25 | $ 395.00 | $ 336.20 | $ - | $ 84.05 | 5467 |
| AVINA | JOSE | 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 | A | Jul-20 | | 1.25 | $ 395.00 | $ 336.20 | $ - | $ 420.25 | 5467 |
| AVINA | JOSE | 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 | A | Aug-20 | 1.00 | 1.00 | $ 395.00 | $ 336.20 | $ 395.00 | $ 336.20 | 5467 |
| AVINA | JOSE | 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 | A | Oct-20 | 2.00 | 2.00 | $ 395.00 | $ 336.20 | $ 790.00 | $ 672.40 | 5467 |
| AVINA | JOSE | 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 | A | Nov-20 | 4.00 | 4.00 | $ 395.00 | $ 336.20 | $ 1,580.00 | $ 1,344.80 | 5467 |
| AVINA | JOSE | 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 | A | Apr-21 | 4.00 | 4.00 | $ 406.00 | $ 425.65 | $ 1,624.00 | $ 1,702.60 | 5467 |
| AVINA | JOSE | 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 | A | May-21 | 5.00 | 4.75 | $ 406.00 | $ 425.65 | $ 2,030.00 | $ 2,021.84 | 5467 |
| AVINA | JOSE | 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 | A | Jun-21 | 1.00 | 2.00 | $ 416.00 | $ 455.65 | $ 416.00 | $ 911.30 | 5467 |
| AVINA | JOSE | 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 | A | Jul-21 | 2.00 | 2.25 | $ 416.00 | $ 455.65 | $ 832.00 | $ 1,025.21 | 5467 |
| AVINA | JOSE | 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 | A | Aug-21 | 4.00 | 4.00 | $ 416.00 | $ 455.65 | $ 1,664.00 | $ 1,822.60 | 5467 |
| AVINA | JOSE | 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 | A | Sep-21 | 4.00 | 4.00 | $ 416.00 | $ 455.65 | $ 1,664.00 | $ 1,822.60 | 5467 |
| AVINA | JOSE | 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 | A | Oct-21 | 5.00 | 5.00 | $ 416.00 | $ 455.65 | $ 2,080.00 | $ 2,278.25 | 5467 |
| AVINA | JOSE | 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 | A | Nov-21 | 4.00 | 4.00 | $ 416.00 | $ 455.65 | $ 1,664.00 | $ 1,822.60 | 5467 |
| AVINA | JOSE | 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 | A | Apr-22 | 5.00 | 5.00 | $ 416.00 | $ 455.65 | $ 2,080.00 | $ 2,278.25 | 5467 |

Employer Name: Five Aces Trucking, Inc.
Address: 309 Illinois St Joliet, IL 60436

Phone: 815-685-0921
Contact: Alicia Avina

Revision #1: 12/01/2022
Audit Date: 06/01/2022

ER# 5467
LOCAL: 179

Period Covered: May 1, 2020 to June 30, 2022

**Error Code Descriptions**
A) Minimal records provided assume full weeks work during season Apr Nov
B) Minimal records provided assume full weeks work during season Apr Nov Individual not reported to Trust Fund but was once a union member

| Name | | Soc Soc No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AVINA | JOSE | 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 | A | May-22 | 4.00 | 4.00 | $ 416.00 | $ 455.65 | $ 1,664.00 | $ 1,822.60 | 5467 |
| AVINA | JOSE | 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 | A | Jun-22 | 4.00 | 4.00 | $ 436.00 | $ 478.45 | $ 1,744.00 | $ 1,913.80 | 5467 |
| | | | | | | | | Total UNPAID Contributions: | $ 20,227.00 | $ 22,279.35 | |

Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late): $ 2,022.70  $ 2,227.94

Late Payment Interest .5% per mo. on UNPAID Contributions:

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Jun-20 | $ - | 12.50% | $ | $ 84.05 | 12.50% | $ 10.51 |
| Jul-20 | $ - | 12.00% | $ | $ 420.25 | 12.00% | $ 50.43 |
| Aug-20 | $ 395.00 | 11.50% | $ 45.43 | $ 336.20 | 11.50% | $ 38.66 |
| Oct-20 | $ 790.00 | 10.50% | $ 82.95 | $ 672.40 | 10.50% | $ 70.60 |
| Nov-20 | $ 1,580.00 | 10.00% | $ 158.00 | $ 1,344.80 | 10.00% | $ 134.48 |
| Apr-21 | $ 1,624.00 | 7.50% | $ 121.80 | $ 1,702.60 | 7.50% | $ 127.70 |
| May-21 | $ 2,030.00 | 7.00% | $ 142.10 | $ 2,021.84 | 7.00% | $ 141.53 |
| Jun-21 | $ 416.00 | 6.50% | $ 27.04 | $ 911.30 | 6.50% | $ 59.23 |
| Jul-21 | $ 832.00 | 6.00% | $ 49.92 | $ 1,025.21 | 6.00% | $ 61.51 |
| Aug-21 | $ 1,664.00 | 5.50% | $ 91.52 | $ 1,822.60 | 5.50% | $ 100.24 |
| Sep-21 | $ 1,664.00 | 5.00% | $ 83.20 | $ 1,822.60 | 5.00% | $ 91.13 |
| Oct-21 | $ 2,080.00 | 4.50% | $ 93.60 | $ 2,278.25 | 4.50% | $ 102.52 |
| Nov-21 | $ 1,664.00 | 4.00% | $ 66.56 | $ 1,822.60 | 4.00% | $ 72.90 |
| Apr-22 | $ 2,080.00 | 1.50% | $ 31.20 | $ 2,278.25 | 1.50% | $ 34.17 |
| May-22 | $ 1,664.00 | 1.00% | $ 16.64 | $ 1,822.60 | 1.00% | $ 18.23 |
| Jun-22 | $ 1,744.00 | 0.50% | $ 8.72 | $ 1,913.80 | 0.50% | $ 9.57 |

Total Late Payment Interest Unpaid Contributions: $ 1,018.68  $ 1,123.41

Total Due Unpaid Contributions + Liq. Damages + Late Interest: $ 23,268.38  $ 25,630.70

Employer Name: Five Aces Trucking, Inc.
Address: 309 Illinois St Joliet, IL 60436

Phone: 815-685-0921
Contact: Alicia Avina

Revision #1 12/01/2022
Audit Date: 06/01/2022

ER# 5467
LOCAL: 179

Period Covered: May 1, 2020 to June 30, 2022

**Error Code Descriptions**
A) Minimal records provided assume full weeks work during season Apr-Nov
B) Minimal records provided assume full weeks work during season Apr-Nov Individual not reported to Trust Fund but was once a union member

| Paid Contributions Discrepancies | WELFARE | PENSION |
|---|---|---|
| May-20 Underpaid Welfare Fund | $ 379.00 | $ |
| Jun-20 Underpaid Welfare and Pension Funds | $ 296.00 | $ 110.00 |
| Jul-20 Underpaid Welfare and Pension Funds | $ 717.00 | $ 90.00 |
| Aug-20 Underpaid Welfare and Pension Funds | $ 128.00 | $ 713.35 |
| Jun-21 Rate Increase June 2021 | $ 30.00 | $ 60.61 |
| Jul-21 Rate Increase July 2021 | $ 230.00 | $ 182.78 |

| Paid Contributions Interest and Liquidated Damages | WELFARE | PENSION |
|---|---|---|
| May-20 Contributions received August 2020 - Interest | $ | $ 0.79 |
| May-20 Contributions received August 2020 - LD | $ 37.90 | $ 7.91 |
| Aug-20 Contributions received October 2020 - Interest | $ 15.16 | $ 9.88 |
| Sep-20 Contributions received November 2020 - Interest | $ 11.85 | $ 7.56 |
| Jun-21 Contributions received August 2021 - Interest | $ 6.09 | $ 4.25 |
| **Total Due on Paid Contributions:** | **$ 1,846.00** | **$ 1,187.13** |

| TOTAL AMOUNT DUE ER # 5467 | $ 25,114.38 | $ 26,817.83 |

# EXHIBIT C

**Employer Name:** Five Aces Trucking, Inc.  
**Address:** 309 Illinois St Joliet, IL 60436

**ER#** 5467  
**LOCAL:** 179

**Phone:** 815-685-0921  
**Contact:** Alicia Avina

**Audit Date:** 05/06/2025  
**Period Covered:** July 1, 2022 to November 29, 2022

**Error Code Descriptions**  
A) Assumed full weeks work during season Apr-Nov

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AVINA | JOSE | 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 | A | Jul-22 | 5.00 | 5.00 | $ 436.00 | $ 478.45 | $ 2,180.00 | $ 2,392.25 | 5467 |
| AVINA | JOSE | 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 | A | Aug-22 | 4.00 | 4.00 | $ 436.00 | $ 478.45 | $ 1,744.00 | $ 1,913.80 | 5467 |
| AVINA | JOSE | 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 | A | Sep-22 | 4.00 | 4.00 | $ 436.00 | $ 478.45 | $ 1,744.00 | $ 1,913.80 | 5467 |
| AVINA | JOSE | 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 | A | Oct-22 | 5.00 | 5.00 | $ 436.00 | $ 478.45 | $ 2,180.00 | $ 2,392.25 | 5467 |
| AVINA | JOSE | 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 | A | Nov-22 | 5.00 | 4.50 | $ 436.00 | $ 478.45 | $ 2,180.00 | $ 2,153.03 | 5467 |

**Total UNPAID Contributions:** $ 10,028.00 $ 10,765.13

**Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late):** $ 1,002.80 $ 1,076.51

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Jul-22 | $ 2,180.00 | 17.00% | $ 370.60 | $ 2,392.25 | 17.00% | $ 406.68 |
| Aug-22 | $ 1,744.00 | 16.50% | $ 287.76 | $ 1,913.80 | 16.50% | $ 315.78 |
| Sep-22 | $ 1,744.00 | 16.00% | $ 279.04 | $ 1,913.80 | 16.00% | $ 306.21 |
| Oct-22 | $ 2,180.00 | 15.50% | $ 337.90 | $ 2,392.25 | 15.50% | $ 370.80 |
| Nov-22 | $ 2,180.00 | 15.00% | $ 327.00 | $ 2,153.03 | 15.00% | $ 322.95 |

**Total Late Payment Interest Unpaid Contributions:** $ 1,602.30 $ 1,722.42

**Total Due Unpaid Contributions + Liq. Damages + Late Interest:** $ 12,633.10 $ 13,564.06

**Paid Contributions Discrepancies** — WELFARE / PENSION  
None — $ - / $ -

**Paid Contributions Interest and Liquidated Damages** — WELFARE / PENSION  
None — $ - / $ -

**Total Due on Paid Contributions:** $ - / $ -

**TOTAL AMOUNT DUE ER #** 5467 $ 12,633.10 $ 13,564.06