IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>FIVE ACES TRUCKING, INC.<br>an Illinois corporation<br><br>Defendant. | Case No.: 25 C 5640<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Gabriel A. Fuentes |

**MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for default judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on May 21, 2025 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. The Complaint seeks Judgment in a Sum Certain as follows:

3. An audit performed on June 1, 2022 for the period May 1, 2020 through June 30, 2022 and found to be owing by the Employer as outlined in Count I of the Complaint for Welfare $25,114.38 and Pension for $26,817.83 for a total amount due of $51,932.21 plus reasonable attorneys fees and costs under ERISA.

4. Service was made upon FIVE ACES TRUCKING, INC., an Illinois corporation on May 30, 2025.

5. Defendant is now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the following sums due are:

    A.    <u>Audit Period May 1, 2020 through June 30, 2022</u>:

| | |
|---|---|
| Welfare | $25,114.38 |
| Pension | $26,817.83 |
| Total | $51,932.21 |
| | |
| Attorneys Fees | $1,250.00 |
| Court Costs | $485.00 |
| Total | $53,667.21 |

WHEREFORE, Plaintiffs pray for:

1. Entry of default judgment in a sum certain against Defendant, FIVE ACES TRUCKING, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $53,667.21 with no just reason for delay in enforcement under FRCP 54(b).

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS PENSION AND
        WELFARE FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN, LLP
        35 E. Wacker Drive, Suite 600
        Chicago, IL 60601
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: July 9, 2025