**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No.:  25 C 5640 |
| v. | ) ) | |
| | ) | Judge Jorge L. Alonso |
| | ) | |
| FIVE ACES TRUCKING, INC. an Illinois corporation | ) ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendant. | ) | |

ORDER OF FINAL DEFAULT JUDGMENT

This matter coming to be heard upon Plaintiffs' Motion for Default Judgment in Sum

Certain and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1.    Default Judgment is hereby entered in the case in favor of the Plaintiffs
TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS and against the Defendant,  FIVE ACES TRUCKING, INC., an Illinois
corporation as follows:

    A.    <u>Audit Period May 1, 2020 through June 30, 2022</u>:

| | |
|---|---|
| Welfare | $25,114.38 |
| Pension | $26,817.83 |
| Total | $51,932.21 |

| | |
|---|---|
| Attorneys Fees | $1,250.00 |
| Court Costs | $485.00 |
| Total | $53,667.21 |

for a total default judgment in the amount of  $53,667.21, there is no just reason for delay in
enforcement under FRCP 54(b).

Date: July 16, 2025

Entered:

_____
JUDGE JORGE L. ALONSO